# First District Court of Appeal
## State of Florida

_____

No. 1D19-580
_____

IDEAL PROFESSIONAL INSTITUTE
INC.,

    Appellant,

    v.

BOARD OF NURSING,

    Appellee.

_____


On appeal from an order of the State of Florida, Board of Nursing.
Joe R. Baker, Jr., Executive Director.

April 22, 2019


PER CURIAM.

    Because the notice of appeal was untimely filed, this cause is hereby dismissed.  This disposition is without prejudice to Appellant's right, if any it has, to seek relief by motion in the lower tribunal.

WOLF, WINSOR, and M.K. THOMAS, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Gregory Ochalek, Miami, for Appellant.

Ashley Moody, Attorney General, and Marlene K. Stern, Senior Assistant Attorney General, Tallahassee, for Appellee.